UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
NOV 21 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                                                                    INDICTMENT NO. 6:25-cr-093-REW

**EARL HALL,
JOSHUA HALL,
   aka RED, and
JARED LOVINS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
21 U.S.C. § 846

On or about a date in February 2025, the exact date unknown, and continuing through on or about October 24, 2025, in Perry County and Breathitt County, in the Eastern District of Kentucky, and elsewhere,

**EARL HALL,
JOSHUA HALL,
   aka RED, and
JARED LOVINS**

did conspire together and with others to knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about March 18, 2025, in Breathitt County, in the Eastern District of Kentucky,

**JOSHUA HALL,
aka RED,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about May 1, 2025, in Breathitt County, in the Eastern District of Kentucky,

**EARL HALL**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about July 1, 2025, in Breathitt County, in the Eastern District of Kentucky,

**EARL HALL**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about August 26, 2025, in Breathitt County, in the Eastern District of Kentucky,

**EARL HALL**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about October 24, 2025, in Breathitt County, in the Eastern District of Kentucky,

**EARL HALL,
JOSHUA HALL,
aka RED, and
JARED LOVINS,**

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

# PENALTIES

## COUNTS 1, 4-5:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

## COUNTS 2-3:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.